IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WARD, | 1:06-CV-00311-AWI-SMS-P |
| Plaintiff, | |
| vs. | ORDER TO SUBMIT APPLICATION TO PROCEED |
| TOM VOSS, et al., | IN FORMA PAUPERIS **OR** PAY FILING FEE |
| Defendants. | |

Plaintiff Ronald Ward ("plaintiff"), is proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 21, 2006, plaintiff filed a motion to proceed in forma pauperis indicating that he is not a prisoner within the meaning of the Prisoner Litigation Reform Act since he is civilly committed to Coalinga State Hospital pursuant to California Welfare and Institutions Code § 6600 et seq..

Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Accordingly, pursuant to Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 1999), plaintiff is not required to pay the filing fee in full as set forth in 28 U.S.C. § 1915(b).   The court will send to

plaintiff an application to proceed in forma pauperis used in regular civil actions.  Within thirty days, plaintiff must either pay the filing fee in full or file the regular application to proceed in forma pauperis.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk's Office shall send plaintiff an application to proceed in forma pauperis used in regular civil actions;

2. Within thirty (30) days from the date of service of this order, plaintiff shall either pay the $250.00 filing fee in full or file a regular civil application to proceed in forma pauperis; and

3. Failure to comply with this order may result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   April 14, 2006**                                **/s/ Sandra M. Snyder**
b6edp0                                                     UNITED STATES MAGISTRATE JUDGE

2