IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WARD, | 1:06-CV-00311-AWI-SMS-P |
| Plaintiff, | |
| vs. | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
| TOM VOSS, et al., | (DOCUMENTS #2, #7, #9) |
| Defendants. / | |

Plaintiff is proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

On April 20, 2005, plaintiff filed an application to proceed in forma pauperis. Plaintiff avers that he is a civil detainee in the custody of the Department of Mental Health at Coalinga State Hospital, and is not a convicted prisoner in the custody of the Department of Corrections and Rehabilitation. Accordingly, pursuant to Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 1999), plaintiff is not required to pay the filing fee in full as set forth in 28 U.S.C. § 1915(b).

Examination of plaintiff's documents reveals that plaintiff is unable to afford the costs of this action. Good cause having been shown, plaintiff's motion for leave to proceed in forma pauperis in this action is HEREBY GRANTED.

IT IS SO ORDERED.

**Dated:   June 15, 2006**          /s/ Sandra M. Snyder
b6edp0                                            UNITED STATES MAGISTRATE JUDGE