# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WARD, | 1:06-cv-00311-AWI-SMS-PC |
| Plaintiff, | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| VOSS, et al., | |
| Defendants. | (Doc. 1) |

Plaintiff Ronald Ward ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on March 21, 2006. The Court has screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it states cognizable claims for relief under section 1983 against defendants Tom Voss, Executive Director; Barbara Devine, Unit 1 Supervisor; Brian Bowely, Unit 2 Supervisor; Kim Wyatt, Unit 3 Supervisor; September Winchell, Unit 4 Supervisor; Ryan Argulio, Unit 6 Supervisor; Rocky Spurgeon, Director; Jim Robinson, Program 1 Nursing Coordinator; Patrick Daley, Chief of Central Program Services; James Walter, Unit 1 Shift Lead; Gary Renzaglia, Clinical Administrator; and John Does, CSH employees, for violation of Plaintiff's rights under the First Amendment. Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008).

///

1

1   The Court shall send plaintiff forms to complete and return to the Court, including two (2)
2   USM-285 forms for defendants John Does. Plaintiff does not indicate in the complaint how many
3   actual Doe defendants he includes in this action. If Plaintiff needs forms for more than two (2)
4   identifiable John Does, plaintiff should make a written request to the court immediately, explaining
5   how many John Does he can presently identify. On the forms for the John Does, plaintiff must
6   identify each John Doe sufficiently for the United States Marshal to serve the defendant with a
7   summons and a copy of the complaint. Therefore, plaintiff must provide the defendant's full name
8   and current address, or if this is not possible, enough information to identify and locate the defendant
9   for service of process. If plaintiff cannot provide defendant's full name, plaintiff must provide other
10  identification to distinguish defendant from anyone else, such as a partial name along with job title,
11  dates and location of employment, gender, and description. Plaintiff is cautioned that service on
12  defendants John Does cannot go forward unless he provides enough information, and unsuccessful
13  service may result in these defendants being dismissed.
14       Accordingly, it is HEREBY ORDERED that:
15  1.   Service is appropriate for the following defendants:
16            TOM VOSS
17            BARBARA DEVINE
18            BRIAN BOWELY
19            KIM WYATT
20            SEPTEMBER WINCHELL
21            RYAN ARGULIO
22            ROCKY SPURGEON
23            JIM ROBINSON
24            PATRICK DALEY
25            JAMES WALTER
26            GARY RENZABLIA
27            JOHN DOES
28  ///

2.     The Clerk of the Court shall send Plaintiff thirteen (13) USM-285 forms, thirteen (13) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed March 21, 2006 (Document 1.).

3.     Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a.     Completed summons;

    b.     One completed USM-285 form for each defendant listed above; and

    c.     Fourteen (14) copies of the endorsed complaint filed March 21, 2006.

4.     Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.     <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:**    **January 21, 2009**               /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE