# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WARD,<br><br>                    Plaintiff,<br><br>     v.<br><br>VOSS, et al.,<br><br>                    Defendants.<br>_____/ | 1:06-cv-00311-AWI-SMS-PC<br><br>ORDER FOR PLAINTIFF TO SUBMIT ADDITIONAL COPIES REQUIRED FOR SERVICE OF PROCESS, WITHIN THIRTY DAYS<br><br>ORDER FOR CLERK TO SEND NOTICE AND COPY OF COMPLAINT TO PLAINTIFF |

Plaintiff Ronald Ward ("plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 22, 2009, the court issued an order finding service of the complaint appropriate and forwarding service documents to plaintiff for completion and return. (Doc. 14.) In the order, plaintiff was directed to send fourteen (14) copies of the endorsed complaint filed March 21, 2006 to the court along with the completed service documents. On February 18, 2008, plaintiff submitted the completed service documents to the court. (Doc. 15.) However, plaintiff submitted only one (1) copy of the endorsed complaint. Fourteen (14) copies of the complaint are required before the parties can be served by the United States Marshal. Therefore, plaintiff must submit fourteen (14) copies of the complaint to the court before service can proceed. The Clerk shall be directed to send a copy of the complaint to plaintiff, from which additional copies can be made.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of the Court shall send to plaintiff:

    (1) One copy of the endorsed complaint filed March 21, 2006; and

    (2) A Notice of Submission of Documents form;

2.   Within **thirty (30) days** from the date of this order, plaintiff shall complete the Notice of Submission of Documents form and submit fourteen (14) copies of the endorsed complaint filed March 21, 2006;

3.   Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described Notice and fourteen (14) copies, the court will direct the United States Marshal to serve the defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs; and

4.   <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

Dated:   **March 2, 2009**          /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE