1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 9  RONALD WARD, | CASE NO. 1:06-cv-00311-AWI-SMS PC |
| 10                    Plaintiff, | ORDER STRIKING PLAINTIFF'S ANSWER TO DEFENDANTS' REPLY ON MOTION FOR |
| 11        v. | SUMMARY JUDGMENT |
| 12  VOSS, et al., | (Doc. 35) |
| 13                    Defendants. | |
| 14  _____/ | |

15    Plaintiff Ronald Ward ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis

16  in this civil rights action pursuant to 42 U.S.C. § 1983.  On June 25, 2010, Plaintiff filed an answer

17  to Defendants' reply to his opposition to the Motion for Summary Judgment (Doc. 27), filed April

18  9, 2010, which is presently pending before this Court.

19    Neither the Federal Rules of Civil Procedure nor the Local Rules provides for an answer to

20  a reply on a motion for summary judgment.  Fed. R. Civ. P. 56(c) and 78; Local Rules 230 and 260.

21    Accordingly, Plaintiff's answer to Defendants' reply, filed June 25, 2010, is HEREBY

22  ORDERED STRICKEN from the record.

23
24

25  IT IS SO ORDERED.

26  **Dated:    September 3, 2010**          _____/s/ Sandra M. Snyder_____
                                          UNITED STATES MAGISTRATE JUDGE
27
28

1